E. D. SHAFFER, *Administrator*, v. JOHN V. BRINKMAN.

APRIL 17, 1882, in the district court of Barton county, defendant *Brinkman* recovered a judgment for costs against plaintiff *E. D. Shaffer*, as administrator of the estate of F. M. Shaffer, deceased. The plaintiff brings the case here, and alleges that the foregoing judgment is void for the reason that the court was not in session in said county when it was rendered, but was adjourned *sine die* for the term at which the cause was tried.

*Clayton & Clayton*, for plaintiff in error.

*Wm. H. Dodge*, for defendant in error.

*Per Curiam:* The judgment herein will be set aside, and the case remanded for further proceedings. This order is made on the authority of *Earls v. Earls*, 27 Kas. 538.